

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2017

No. 04-15-00677-CV

Helen A. **MZYK**, Karnes S4 Minerals, L.P., and Karnes S4 Management, L.L.C.,
Appellants

v.

**MURPHY EXPLORATION & PRODUCTION COMPANY-USA**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 14-04-00083-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                       Rebeca C. Martinez, Justice
                       Luz Elena D. Chapa, Justice


Appellant's motion for rehearing is denied.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2017.

Luz Estrada
Chief Deputy Clerk